IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PIERRE HAMILTON, | : |
| Plaintiff, | : Case No. 2:16-cv-01173 |
| v. | : JUDGE ALGENON L. MARBLEY |
| FRANKLIN COUNTY PROSECUTOR'S OFFICE, *et al.*, | : Magistrate Judge Jolson |
| Defendants. | : |

## ORDER

This matter comes before the Court on Magistrate Judge Jolson's January 25, 2017 **Initial Screen Report and Recommendation** (Doc. 4), which recommended that Plaintiff's complaint be dismissed for failure to state a claim.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (Doc. 4 at 5.) The parties have failed to file any objections, and the deadline for objections (February 8, 2017) has lapsed.

The Court hereby **ADOPTS** the Initial Screen Report and Recommendation based on its independent consideration of the analysis therein. This case is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

      s/ Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: April 24, 2017**